

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00607-CR

Kathleen G. **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5404
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial is AFFIRMED.

SIGNED May 13, 2015.

_____
Jason Pulliam, Justice